**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

MOEZ DHIB,

      Petitioner,

  v.

LUIS SOTO, *et al.*

      Respondents.

Civil Action No. 26-5198 (ZNQ)

**ORDER**

This matter having come before the Court on Petitioner's amended habeas petition (ECF No. 6) challenging his prolonged detention, the Court having reviewed the petition, the record of Petitioner's immigration proceedings, the Government's response (ECF No. 7), Petitioner's reply (ECF Nos 8), and Petitioner's motion seeking release pending final relief in this matter (ECF No. 9), and for the reasons expressed in the accompanying opinion,

**IT IS,** on this 1st day of July 2026,

**ORDERED** that Petitioner's habeas petition (ECF No. 1) is **GRANTED**; it is further

**ORDERED** that the Government shall provide Petitioner a bond hearing at which the Government bears the burden of proving that Petitioner is a flight risk or danger to the community by clear and convincing evidence within ten days; it is further

**ORDERED** that the Government shall report the outcome of the bond hearing within seven days of the issuance of a decision by the immigration judge; it is further

**ORDERED** that, if Petitioner is released on bond, that release shall not be considered an admission for immigration purposes nor does release on bond confer any legal status on Petitioner; it is further

1

**ORDERED** that the Court's order enjoining Petitioner's transfer shall remain in place pending the outcome of the bond hearing; it is further

**ORDERED** that Petitioner's motion seeking release pending final relief in this matter (ECF No. 9) is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying opinion upon the parties electronically, and shall **CLOSE** the file.

      s/ Zahid N. Quraishi

**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**

2